# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk of Court

*RECEIVED JAN 0 5 2009 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE*

December 19, 2008

*RECEIVED DEC 29 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

Clerk, U.S. District Court for the Northern District of Illinois
Everett McKinley Dirksen
 United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Re:   **USA vs.** *James Johnson*        Judge Castillo
      **Your file: 02 cr 282**            Mag. Judge Schenkier
      Our file: 08-MJ-4043-PMF

Dear Clerk:

Enclosed is the entire original file along with a certified copy of the docket entries for a proceeding held in the Southern District of Illinois before Magistrate Judge Philip M. Frazier.

Please acknowledge receipt of these documents on the attached copy of this letter. Thank you.

Sincerely,

NORBERT G. JAWORSKI,
CLERK OF COURT

By: *s/Karen R. Metheney*
    Deputy Clerk

Enc.